1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **WESTERN DIVISION**

11  MICHAEL L. CORUM,                    )        No.  EDCV 08-1874-DDP (AGR)
                                         )
12                    Plaintiff,         )
                                         )
13       v.                              )        ORDER ADOPTING MAGISTRATE
                                         )        JUDGE'S REPORT AND
14  D. MILLER,                           )        RECOMMENDATION
                                         )
15                    Defendants,        )
                                         )
16  _____ )

17        Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18  including the magistrate judge's Report and Recommendation.  The Court agrees

19  with the recommendation of the magistrate judge.

20        IT IS ORDERED that Judgment be entered dismissing this action without

21  prejudice for failure to prosecute.

22

23  DATED:  June 8, 2009          _____

24                                        DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE

25

26

27

28