# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. CORUM, | ) | No. EDCV 08-1874-DDP (AGR) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| D. MILLER, | ) | |
| Defendants, | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissing without prejudice for failure to prosecute.

DATED: June 8, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE